

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:23-CR-6 |
| | : |
| JALEN TYLEE HILL aka ROSCOE HILL, | : VIOLATION(S): |
| TYAVIA DEASHIA RICHARDSON, | : |
| QUONTAVIUS MARKEESE HILL, | : 18 U.S.C. § 1344(2) |
| LAQUASHIA NICHOLE FRENCH, | : 18 U.S.C. § 1028(a)(3) |
| ACCACIA RENAE GORDON, | : 18 U.S.C. § 1028(b)(2)(B) |
| DEKEYVIA MOASHA BLACKSHEAR, | : 18 U.S.C. § 1028A(a)(1) |
| JENETTA SMALL, | : 18 U.S.C. § 2 |
| JAZMON LACE WHITEHEAD, | : 18 U.S.C. § 1708 |
| CHASITY LACOLE WELLONS, | : 18 U.S.C. § 371 |
| KELBRESHA DANIELLE THOMAS, | |
| KIMBREYANNA ANDRANIQUE PEEPLES, | |
| VICTORIA LYNN CARTER, | |
| CHELSEA JA'NAY TULLIS, | |
| JANITA BRE'SHAYE TERRY, | |
| SHANERIA SHARAE MURRAY, | |
| MERCEDES LASHON BROWN, | |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNTS 1-68
### Bank Fraud

On or about the dates identified in the chart below, each row constituting a separate Count, in the Middle District of Georgia and elsewhere within this Court's jurisdiction, the Defendants, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly executed and attempted to execute a scheme to obtain money, assets, and property under the custody and control of a financial institution, then insured by the Federal Deposit Insurance Corporation (FDIC), by means of materially false and fraudulent pretenses, representations, and promises, by negotiating and attempting to negotiate the following checks:

1

| COUNT | DEFENDANTS | DATE | CHECK NUMBER | VICTIM BANK | AMOUNT |
|---|---|---|---|---|---|
| 1 | JALEN TYLEE HILL aka ROSCOE HILL | 7/30/2021 | 57272 | Wells Fargo | $1325 |
| 2 | JALEN TYLEE HILL aka ROSCOE HILL | 8/2/2021 | 57272 | Navy Federal | $1325 |
| 3 | JALEN TYLEE HILL aka ROSCOE HILL | 8/4/2021 | 2460 | Capital One | $2450 |
| 4 | JALEN TYLEE HILL aka ROSCOE HILL | 8/4/2021 | 1194 | Navy Federal | $1500 |
| 5 | JALEN TYLEE HILL aka ROSCOE HILL and TYAVIA DEASHIA RICHARDSON | 8/4/2021 | 2460 | Wells Fargo | $2450 |
| 6 | JALEN TYLEE HILL aka ROSCOE HILL | 8/5/2021 | 104 | Robins Financial Credit Union | $500 |
| 7 | JALEN TYLEE HILL aka ROSCOE HILL and TYAVIA DEASHIA RICHARDSON | 8/30/2021 | 87441 | Wells Fargo | $1290 |
| 8 | JALEN TYLEE HILL aka ROSCOE HILL and QUONTAVIUS MARKEESE HILL | 8/30/2021 | 114369 | Bank of America | $1575 |
| 9 | JALEN TYLEE HILL aka ROSCOE HILL and QUONTAVIUS MARKEESE HILL | 8/30/2021 | 18266 | Bank of America | $601.89 |
| 10 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH | 9/2/2021 | 114275 | PNC | $1140.06 |
| 11 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH | 9/2/2021 | 1606 | PNC | $2000 |
| 12 | JALEN TYLEE HILL aka ROSCOE HILL and | 9/3/2021 | 17876 | Bank of America | $3250 |

|    |                                                                                      |           |      |                            |         |
|----|--------------------------------------------------------------------------------------|-----------|------|----------------------------|---------|
|    | QUONTAVIUS MARKEESE HILL                                                             |           |      |                            |         |
| 13 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH                        | 9/7/2021  | 1454 | PNC                        | $500    |
| 14 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH                        | 9/7/2021  | 1610 | PNC                        | $1000   |
| 15 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH                        | 9/7/2021  | 3976 | PNC                        | $587.85 |
| 16 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON                            | 9/14/2021 | 4553 | PNC                        | $2389   |
| 17 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON                            | 9/16/2021 | 2956 | PNC                        | $75     |
| 18 | JALEN TYLEE HILL aka ROSCOE HILL and DEKEYVIA MOASHA BLACKSHEAR                      | 9/17/2021 | 5335 | Citizens Bank of Americus  | $5000   |
| 19 | JALEN TYLEE HILL aka ROSCOE HILL and LAQUASHIA NICHOLE FRENCH                        | 9/21/2021 | 4774 | PNC                        | $4911   |
| 20 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON                            | 9/21/2021 | 3768 | PNC                        | $3200   |
| 21 | JALEN TYLEE HILL aka ROSCOE HILL and                                                 | 9/22/2021 | 4553 | Chase                      | $2389   |

|    |                                                                                 |           |        |             |           |
|----|---------------------------------------------------------------------------------|-----------|--------|-------------|-----------|
|    | QUONTAVIUS MARKEESE HILL                                                        |           |        |             |           |
| 22 | JALEN TYLEE HILL aka ROSCOE HILL and QUONTAVIUS MARKEESE HILL                   | 9/22/2021 | 28353  | Chase       | $500      |
| 23 | JALEN TYLEE HILL aka ROSCOE HILL and DEKEYVIA MOASHA BLACKSHEAR                 | 9/22/2021 | 1754   | Chase       | $3850     |
| 24 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON                       | 9/23/2021 | 600250 | PNC         | $2142.02  |
| 25 | JALEN TYLEE HILL aka ROSCOE HILL and JENETTA SMALL                              | 9/23/2021 | 5447   | PNC         | $525      |
| 26 | JALEN TYLEE HILL aka ROSCOE HILL and JENETTA SMALL                              | 9/23/2021 | 7848   | PNC         | $200      |
| 27 | JALEN TYLEE HILL aka ROSCOE HILL and JENETTA SMALL                              | 9/23/2021 | 93416  | PNC         | $165      |
| 28 | JALEN TYLEE HILL aka ROSCOE HILL and JENETTA SMALL                              | 9/23/2021 | 1501   | PNC         | $94       |
| 29 | JALEN TYLEE HILL aka ROSCOE HILL and QUONTAVIUS MARKEESE HILL                   | 9/24/2021 | 1673   | Chase       | $2500     |
| 30 | JALEN TYLEE HILL aka ROSCOE HILL and TYAVIA DEASHIA RICHARDSON                  | 9/27/2021 | 4273   | Wells Fargo | $1000     |
| 31 | JALEN TYLEE HILL aka ROSCOE HILL                                                | 9/29/2021 | 1686   | PNC         | $2500     |

| | | | | | |
|---|---|---|---|---|---|
| | and<br>JAZMON LACE<br>WHITEHEAD | | | | |
| 32 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>JAZMON LACE<br>WHITEHEAD | 9/30/2021 | 1754 | PNC | $3850 |
| 33 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>JAZMON LACE<br>WHITEHEAD | 10/1/2021 | 25032 | PNC | $605 |
| 34 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>JAZMON LACE<br>WHITEHEAD | 10/1/2021 | 25033 | PNC | $637.55 |
| 35 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>JAZMON LACE<br>WHITEHEAD | 10/4/2021 | 77237 | PNC | $1125.01 |
| 36 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>ACCACIA RENAE<br>GORDON | 10/6/2021 | 54757502 | Wells Fargo | $2489.67 |
| 37 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>ACCACIA RENAE<br>GORDON | 10/6/2021 | 54757455 | Wells Fargo | $398.55 |
| 38 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>ACCACIA RENAE<br>GORDON | 10/6/2021 | 54757458 | Wells Fargo | $398.55 |
| 39 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and<br>ACCACIA RENAE<br>GORDON | 10/6/2021 | 54757454 | Wells Fargo | $398.55 |
| 40 | JALEN TYLEE HILL<br>aka ROSCOE HILL<br>and | 10/6/2021 | 54757451 | Wells Fargo | $398.55 |

| | | | | | |
|---|---|---|---|---|---|
| | ACCACIA RENAE GORDON | | | | |
| 41 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON | 10/7/2021 | 54757575 | Wells Fargo | $2448.63 |
| 42 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON | 10/7/2021 | 2629 | Wells Fargo | $1926.45 |
| 43 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON | 10/7/2021 | 2626 | Wells Fargo | $1502.30 |
| 44 | JALEN TYLEE HILL aka ROSCOE HILL and ACCACIA RENAE GORDON | 10/7/2021 | 54757574 | Wells Fargo | $2448.63 |
| 45 | JALEN TYLEE HILL aka ROSCOE HILL and JAZMON LACE WHITEHEAD | 10/27/2021 | 25034 | Robins Financial Credit Union | $291.03 |
| 46 | JALEN TYLEE HILL aka ROSCOE HILL and CHASITY LACOLE WELLONS | 10/28/2021 | 7848 | Chase | $2000 |
| 47 | JALEN TYLEE HILL aka ROSCOE HILL and CHASITY LACOLE WELLONS | 11/12/2021 | 1501 | Chase | $3000 |
| 48 | JALEN TYLEE HILL aka ROSCOE HILL and KELBRESHA DANIELLE THOMAS | 11/12/2021 | 18266 | PNC | $601.89 |
| 49 | JALEN TYLEE HILL aka ROSCOE HILL and | 11/12/2021 | 143 | PNC | $495 |

| | | | | | |
|---|---|---|---|---|---|
| | KELBRESHA DANIELLE THOMAS | | | | |
| 50 | JALEN TYLEE HILL aka ROSCOE HILL and KELBRESHA DANIELLE THOMAS | 11/15/2021 | 1454 | Chase | $5000 |
| 51 | JALEN TYLEE HILL aka ROSCOE HILL and JAZMON LACE WHITEHEAD | 11/16/2021 | 315 | Chase | $5000 |
| 52 | JALEN TYLEE HILL aka ROSCOE HILL and KIMBREYANNA ANDRANIQUE PEEPLES | 11/17/2021 | 12699 | Robins Financial Credit Union | $3640 |
| 53 | JALEN TYLEE HILL aka ROSCOE HILL and VICTORIA LYNN CARTER | 11/17/2021 | 16065 | Truist | $5000 |
| 54 | JALEN TYLEE HILL aka ROSCOE HILL and CHASITY LACOLE WELLONS | 11/19/2021 | 1454 | Chase | $5000 |
| 55 | JALEN TYLEE HILL aka ROSCOE HILL and KELBRESHA DANIELLE THOMAS | 11/19/2021 | 25029 | Chase | $5000 |
| 56 | JALEN TYLEE HILL aka ROSCOE HILL and CHELSEA JA'NAY TULLIS | 11/19/2021 | 4762 | Chase | $5000 |
| 57 | JALEN TYLEE HILL aka ROSCOE HILL and | 11/22/2021 | 3988 | Bank of America | $2500 |

| | | | | | |
|---|---|---|---|---|---|
| | KIMBREYANNA ANDRANIQUE PEEPLES | | | | |
| 58 | JALEN TYLEE HILL aka ROSCOE HILL and JANITA BRE'SHAYE TERRY | 11/22/2021 | 8507 | Navy Federal | $15468 |
| 59 | JALEN TYLEE HILL aka ROSCOE HILL and JANITA BRE'SHAYE TERRY | 11/22/2021 | 8507 | Navy Federal | $15468 |
| 60 | JALEN TYLEE HILL aka ROSCOE HILL and SHANERIA SHARAE MURRAY | 11/22/2021 | 2028 | Truist | $2000 |
| 61 | JALEN TYLEE HILL aka ROSCOE HILL and JANITA BRE'SHAYE TERRY | 11/23/2021 | 1686 | Truist | $2500 |
| 62 | JALEN TYLEE HILL aka ROSCOE HILL and SHANERIA SHARAE MURRAY | 11/23/2021 | 10199 | Truist | $3000 |
| 63 | JALEN TYLEE HILL aka ROSCOE HILL and JANITA BRE'SHAYE TERRY | 11/26/2021 | 10907 | Truist | $2000 |
| 64 | JALEN TYLEE HILL aka ROSCOE HILL and MERCEDES LASHON BROWN | 12/1/2021 | 1051 | Truist | $2000 |
| 65 | JALEN TYLEE HILL aka ROSCOE HILL and MERCEDES LASHON BROWN | 12/2/2021 | 4126 | Truist | $2000 |
| 66 | JALEN TYLEE HILL aka ROSCOE HILL and | 12/3/2021 | 12770 | Truist | $3217.50 |

| | | | | | |
|---|---|---|---|---|---|
| | MERCEDES LASHON BROWN | | | | |
| 67 | JALEN TYLEE HILL aka ROSCOE HILL | 12/7/2021 | 4788 | Woodforest Bank | $3000 |
| 68 | JALEN TYLEE HILL aka ROSCOE HILL | 12/15/2021 | 4126 | Citizens Bank of Americus | $1000 |
| **TOTAL:** | | | | | $165,743.68 |

In violation of Title 18, United States Code, Sections 1344(2), and 2.

## COUNTS 69-82
### Aggravated Identity Theft

On or about the dates identified in the chart below, each row constituting a separate Count, in the Middle District of Georgia and elsewhere within this Court's jurisdiction, the Defendant,

**JALEN TYLEE HILL aka ROSCOE HILL**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a violation of Title 18, United States Code, Section 1344, knowing that the means of identification belonged to the following actual persons listed below:

| COUNT | DATE | VICTIM | MEANS OF IDENTIFICATION |
|---|---|---|---|
| 69 | 8/4/2021 | T.R. | Debit Card |
| 70 | 9/17/2021 | D.B. | Debit Card |
| 71 | 9/21/2021 | L.F. | Debit Card |
| 72 | 9/27/2021 | T.R. | Debit Card |
| 73 | 10/6/2021 | A.G. | Debit Card |
| 74 | 10/6/2021 | A.G. | Debit Card |
| 75 | 10/6/2021 | A.G. | Debit Card |
| 76 | 10/6/2021 | A.G. | Debit Card |
| 77 | 10/6/2021 | A.G. | Debit Card |
| 78 | 10/7/2021 | A.G. | Debit Card |
| 79 | 10/7/2021 | A.G. | Debit Card |
| 80 | 10/7/2021 | A.G. | Debit Card |
| 81 | 10/7/2021 | A.G. | Debit Card |
| 82 | 11/17/2021 | K.P. | Debit Card |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 83
### Fraud in Connection with Identification Documents

From on or about November 15, 2021 to on or about December 7, 2021, in the Albany Division of the Middle District of Georgia, the Defendant,

### JALEN TYLEE HILL aka ROSCOE HILL

knowingly possessed in and affecting interstate commerce with intent to use and transfer unlawfully five or more identification documents, other than those issued lawfully for the use of the Defendant, that is, drivers licenses, birth certificates, social security cards, and documents made and issued by and under the authority of the United States, the State of Georgia, and other states intended and commonly accepted for the purpose of identification of individuals.

In violation of Title 18, United States Code, Sections 1028(a)(3), 1028(b)(2)(B).

## COUNTS 84-111
### Aggravated Identity Theft

On or about the dates identified in the chart below, each row constituting a separate Count, in the Middle District of Georgia and elsewhere within this Court's jurisdiction, the Defendant,

### JALEN TYLEE HILL aka ROSCOE HILL

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of Title 18, United States Code, Section 1028(a)(3) set forth in Count 83 of this Indictment, knowing that the means of identification belonged to the following actual persons listed below:

| COUNT | DATE | VICTIM | MEANS OF IDENTIFICATION |
|---|---|---|---|
| 84 | 11/15/2021 – 12/7/2021 | E.R. | GA ID Card and SSN |
| 85 | 11/15/2021 – 12/7/2021 | S.G. | GA CDL and SSN |
| 86 | 11/15/2021 – 12/7/2021 | M.W. | GA DL and SSN |

10

| 87 | 11/15/2021 – 12/7/2021 | A.P. | GA DL and SSN |
| 88 | 11/15/2021 – 12/7/2021 | Y.S. | GA DL Permit and SSN |
| 89 | 11/15/2021 – 12/7/2021 | J.W. | SSN |
| 90 | 11/15/2021 – 12/7/2021 | B.P. | Birth Certificate and GA DL Permit |
| 91 | 11/15/2021 – 12/7/2021 | J.W. | GA DL Permit |
| 92 | 11/15/2021 – 12/7/2021 | J.F. | GA ID Card and SSN |
| 93 | 11/15/2021 – 12/7/2021 | K.W. | GA DL Permit and Birth Certificate |
| 94 | 11/15/2021 – 12/7/2021 | J.S. | GA ID Card and SSN |
| 95 | 11/15/2021 – 12/7/2021 | E.B. | GA DL Permit and Birth Certificate |
| 96 | 11/15/2021 – 12/7/2021 | D.J. | GA DL and Birth Certificate |
| 97 | 11/15/2021 – 12/7/2021 | Q.W. | GA ID Card and SSN |
| 98 | 11/15/2021 – 12/7/2021 | D.M. | GA DL and SSN |
| 99 | 11/15/2021 – 12/7/2021 | K.W. | GA ID Card and SSN |
| 100 | 11/15/2021 – 12/7/2021 | D.B. | GA ID Card |
| 101 | 11/15/2021 – 12/7/2021 | C.P. | AL DL and SSN |
| 102 | 11/15/2021 – 12/7/2021 | J.M. | GA DL and SSN |
| 103 | 11/15/2021 – 12/7/2021 | D.G. | GA Voters ID Card and SSN |
| 104 | 11/15/2021 – 12/7/2021 | A.G. | GA DL and SSN |
| 105 | 11/15/2021 – 12/7/2021 | T.D. | GA DL and SSN |
| 106 | 11/15/2021 – 12/7/2021 | J.L. | GA ID Card |
| 107 | 11/15/2021 – 12/7/2021 | L.M. | GA ID Card and Birth Certificate |
| 108 | 11/15/2021 – 12/7/2021 | C.C. | GA ID Card and SSN |
| 109 | 11/15/2021 – 12/7/2021 | M.H. | GA DL and SSN |

| | | | |
|---|---|---|---|
| 110 | 11/15/2021 – 12/7/2021 | D.R. | TX ID Card and SSN |
| 111 | 11/15/2021 – 12/7/2021 | A.B. | GA ID Card |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 112
### Conspiracy to Possess Stolen Mail

From on or about July 12, 2021 to on or about December 22, 2021, in the Middle District of Georgia and elsewhere within this Court's jurisdiction, the Defendant,

**JALEN TYLEE HILL aka ROSCOE HILL**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to buy, receive, conceal, and unlawfully possess, any letter, postal card, package, bag, and mail, and any article and thing contained therein, which has been stolen, taken, embezzled, and abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

MANNER AND MEANS OF THE CONSPIRACY:

It was an object of the conspiracy that:

1. Defendant, JALEN TYLEE HILL aka ROSCOE HILL, would travel in, around, and outside of the Middle District of Georgia and steal mail out of residential and business mailboxes;

2. Defendant, JALEN TYLEE HILL aka ROSCOE HILL, would possess, conceal, and open said stolen mail in order to obtain bank checks;

3. Defendant, JALEN TYLEE HILL aka ROSCOE HILL, would forge said stolen bank checks and recruit other persons known and unknown to the Grand Jury via social media

to allow Defendant to negotiate and attempt to negotiate said checks into those other persons' bank accounts in order to split the ill-begotten gains and conceal Defendant's identity.

OVERT ACTS

4. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the Defendant, JALEN TYLEE HILL aka ROSCOE HILL, and others known and unknown to the Grand Jury, did commit and cause to be committed, the following overt acts, among others, in the Middle District of Georgia:

   a. On or about August 14, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture a video file on his cell phone depicting a bank check stolen from a mailbox;

   b. On or about October 25, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture a video file on his cell phone depicting a bank check stolen from a mailbox;

   c. On or about October 26, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture a video file on his cell phone depicting a birthday card and United States currency stolen from a mailbox;

   d. On or about October 29, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture a video file on his cell phone depicting a Wells Fargo bank statement stolen from a mailbox;

   e. On or about December 1, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture a video file on his cell phone depicting multiple bank checks stolen from a mailbox and exclaiming said checks were stolen out of a mailbox

located in front of Walmart;

f. Between on or about December 4, 2021 and on or about December 9, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did inform another individual via social media that he has stolen more than 100 individual checks out of mailboxes; that he has stolen mail out of mailboxes in Americus, Georgia; and that he intends to steal more mail out of mailboxes in Florida;

g. On or about December 15, 2021, 2021, Defendant, JALEN TYLEE HILL aka ROSCOE HILL, did capture multiple video files on his cell phone depicting multiple bank checks stolen from mailboxes;

h. The chart below summarizes the bank checks depicted in the above-mentioned videos:

| Bank on Check | Check Dated | Check Amount |
|---|---|---|
| Citizens Bank of Americus | 7/12/2021 | $2,500 |
| Five Star Credit Union | 7/29/2021 | $165 |
| BB&T | 7/30/2021 | $501 |
| US Bank | 8/1/2021 | $126 |
| Ameris Bank | 8/3/2021 | $650 |
| Atlantic Capital Bank | 8/5/2021 | $600 |
| Citizens Bank of Americus | 8/6/2021 | $40 |
| Citizens Bank of Americus | 8/12/2021 | $70 |
| Citizens Bank of Americus | 8/12/2021 | $125 |
| Citizens Bank of Americus | 8/13/2021 | $500 |
| Citizens Bank of Americus | 8/13/2021 | $55 |

| | | |
|---|---|---|
| Citizens Bank of Americus | 8/15/2021 | $650 |
| One South | 8/20/2021 | $1,140 |
| Fidelity | 8/23/2021 | $1,290 |
| SunTrust | 8/24/2021 | $6,994 |
| JP Morgan Chase | 8/25/2021 | $408.52 |
| Regions | 8/25/2021 | $587.85 |
| SB&T | 8/27/2021 | $601.89 |
| Citizens Bank of Americus | 8/30/2021 | $104 |
| Citizens Bank of Americus | 8/30/2021 | $55 |
| Synovus | 8/30/2021 | $75 |
| TD Bank | 8/31/2021 | $3,200 |
| TD Bank | 8/31/2021 | $3,850 |
| Fidelity Bank | 9/1/2021 | $875 |
| Suntrust | 9/1/2021 | $268 |
| US Bank | 9/1/2021 | $67 |
| Citizens Bank of Americus | 9/3/2021 | $30 |
| Citizens Bank of Americus | 9/3/2021 | $50 |
| Citizens Bank of Americus | 9/3/2021 | $62 |
| First Citizens Bank | 9/3/2021 | $2,013 |
| Wells Fargo | 9/7/2021 | $3,150 |
| BB&T | 9/8/2021 | $75 |
| PNC Bank | 9/8/2021 | $525 |

| | | |
|---|---|---|
| Old Plank Trail Community Bank | 9/9/2021 | $5,124 |
| BB&T | 9/10/2021 | $570 |
| Synovus | 9/10/2021 | $2,389 |
| Synovus | 9/10/2021 | $85 |
| Colony Bank | 9/16/2021 | $86 |
| Synovus | 9/16/2021 | $450 |
| Synovus | 9/16/2021 | $200 |
| Synovus | 9/16/2021 | $300 |
| BB&T | 9/17/2021 | $570 |
| South GA Banking Company | 9/17/2021 | $1,125.01 |
| Wells Fargo | 9/17/2021 | $11 |
| BB&T | 9/20/2021 | $500 |
| Synovus | 9/21/2021 | $5,000 |
| Synovus | 9/21/2021 | $291.03 |
| Synovus | 9/21/2021 | $605 |
| Synovus | 9/21/2021 | $637.55 |
| Synovus | 9/21/2021 | $39 |
| Citizens Bank of Americus | 9/22/2021 | $25 |
| United Community Bank | 9/22/2021 | $35 |
| Regions | 9/24/2021 | $13 |
| Synovus | 9/29/2021 | $114 |
| Synovus | 9/29/2021 | $113 |
| Citizens Bank of Americus | 10/5/2021 | $130 |

| | | |
|---|---|---|
| Citizens Bank of Americus | 10/13/2021 | $39 |
| Smart Bank | 10/19/2021 | $175 |
| Synovus | 10/19/2021 | $930 |
| First Bank | 10/20/2021 | $11,149.60 |
| Branch Banking and Trust | 10/21/2021 | $101 |
| Citizens Bank of Americus | 10/22/2021 | $850 |
| United Community Bank | 11/1/2021 | $100 |
| Fifth Third Bank | 11/2/2021 | $2,112 |
| Bank of New York Mellon | 11/4/2021 | $300 |
| USAA Federal Savings Bank | 11/4/2021 | $2,000 |
| Planters First Bank | 11/11/2021 | $3,000 |
| City National Bank | 11/12/2021 | $94 |
| Synovus | 11/15/2021 | $5,000 |
| SunTrust | 11/16/2021 | $5,000 |
| Wells Fargo | 11/16/2021 | $2,000 |
| Wells Fargo | 11/16/2021 | $155 |
| Synovus | 11/17/2021 | $1,690 |
| Smart Bank | 11/18/2021 | $175 |
| Synovus | 11/18/2021 | $3,000 |
| Bank of America | 11/19/2021 | $360 |
| Bank of America | 11/19/2021 | $821 |
| Bank of America | 11/19/2021 | $270 |
| Synovus | 11/19/2021 | $5,000 |

| Wells Fargo | 11/19/2021 | $5,000 |
| --- | --- | --- |
| Bank of America | 11/20/2021 | $343 |
| Wells Fargo | 11/21/2021 | $135 |
| Wells Fargo | 11/22/2021 | $500 |
| Bank of America | 11/23/2021 | $321 |
| Citizens Bank of Americus | 11/23/2021 | $2,500 |
| First National Bank | 11/23/2021 | $1,400 |
| Bank of America | 11/24/2021 | $330 |
| First Bank | 11/29/2021 | 12,504.80 |
| Sunstate Federal Credit Union | 11/30/2021 | $3,000 |
| Peoples Bank of Georgia | 12/1/2021 | $50 |
| Synovus | 12/1/2021 | $3,218 |
| Synovus | 12/1/2021 | $1,000 |

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

MATTHEW REDAVID
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_15\_\_\_ *day of* _____ *A.D.* 2023.

*Deputy Clerk*